IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:14-CV-01942-TCB |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between counsel for the parties herein, that the above-referenced action be and the same hereby is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 30th day of September, 2014.

**STIPULATED TO BY:**

/s/ V. Severin Roberts
Amanda A. Farahany
Georgia Bar No. 646135
V. Severin Roberts
Georgia Bar No. 940504
Barrett & Farahany, LLP
1100 Peachtree Street, Suite 500
Atlanta, GA 30309
Tel : (404) 214-0120
Fax : (404) 214-0125
Email : amanda@bf-llp.com
Email : severin@bf-llp.com

Attorney for Plaintiff
Rafael Ramos

*Signed with express permission

/s/ Bradley E. Strawn
Bradley E. Strawn
Georgia Bar No. 004419
Lisa A. Schreter
Georgia Bar No. 629852
Littler Mendelson, P.C.
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, GA 30326-4803
Tel: (404) 233-0330
Fax: (404) 233-2361
Email: bstrawn@littler.com
Email: lschreter@littler.com

John A. Ybarra
(Application for Pro Hac Vice
Admission Forthcoming)
Littler Mendelson, P.C.
321 North Clark Street
Suite 1000
Chicago, IL 60654
(312) 372-5520
Fax: (312) 372-7880
Email: jybarra@littler.com

Attorneys for Defendant Hewlett-Packard Company

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAFAEL RAMOS,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 1:14-CV-01942-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2014, the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Amanda A. Farahany
V. Severin Roberts
Barrett & Farahany, LLP
1100 Peachtree Street, N.E., Suite 500
Atlanta, GA 30309

/s/Bradley E. Strawn
Bradley E. Strawn

1